The Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUNWOO CHON,<br><br>Defendant. | No. CR21-135-RAJ<br><br>**ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of an Order of Forfeiture ("Motion") seeking to forfeit, to the United States, Defendant Junwoo Chon's interest in the following property:

 A sum of money totaling $1,582,885.19, reflecting the proceeds Defendant Junwoo Chon obtained from his Securities Fraud (Insider Trading) offense, in violation of 15 U.S.C. §§ 78j(b) and 78ff and 17 C.F.R. §§ 240.10b-5 and 240.10b5-1.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of an Order of Forfeiture is appropriate because:

///

///

ORDER OF FORFEITURE - 1
*United States v. Junwoo Chon*, CR21-135-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- The proceeds of Securities Fraud (Insider Trading), in violation of 15 U.S.C. §§ 78j(b) and 78ff and 17 C.F.R. §§ 240.10b-5 and 240.10b5-1, are forfeitable pursuant to 18 U.S.C. § 981(a)(1)(C) by way of 28 U.S.C. § 2461(c);

- In the Plea Agreement he entered on August 18, 2021, the Defendant agreed to forfeit the above-identified sum of money in the amount of $1,582,885.19 reflecting the proceeds he obtained from his Securities Fraud (Insider Trading) offense, to which he entered a guilty plea (Dkt. No. 10, ¶¶ 8(v), 13); and

- This sum of money is personal to the Defendant; pursuant to Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(c)(1), no third-party ancillary process is required before forfeiting it.

NOW, THEREFORE, THE COURT ORDERS:

1) Pursuant to 18 U.S.C. § 981(a)(1)(C) by way of 28 U.S.C. § 2461(c), and his Plea Agreement, the Defendant's interest in the above-identified sum of money in the amount of $1,582,885.19 is fully and finally forfeited, in its entirety, to the United States;

2) Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A)–(B), this Order will become final as to the Defendant at the time he is sentenced; it will be made part of the sentence; and, it will be included in the judgment;

3) No right, title, or interest in the above-identified sum of money exists in any party other than the United States;

4) Pursuant to Fed. R. Crim. P. 32.2(e), in order to satisfy this sum of money, in whole or in part, the United States may move to amend this Order, at any time, to include substitute property having a value not to exceed this sum of money in the amount of $1,582,885.19; and

///

///

ORDER OF FORFEITURE - 2
*United States v. Junwoo Chon*, CR21-135-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

5) The Court will retain jurisdiction in this case for the purpose of enforcing this Order, as necessary.

IT IS SO ORDERED

DATED this 24th day of November, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER OF FORFEITURE - 3
*United States v. Junwoo Chon*, CR21-135-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970