The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUNWOO CHON,<br><br>Defendant. | No. CR21-0135 RAJ<br><br>ORDER GRANTING<br>MOTION TO SEAL |

THIS MATTER comes before the Court upon Defendant Junwoo Chon's motion to seal his sentencing memorandum. Having considered the entirety of the records and file herein, the Court hereby grants this motion (Dkt. # 82). It is ORDERED that the sentencing memorandum be allowed to remain under seal due to the nature of its contents.

DATED this 2nd day of December, 2021.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL
(*Junwoo Chon*; No. CR21-0135 RAJ) - 1

BLACK & ASKEROV, PLLC
705 Second Avenue, Suite 1111
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401